STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**JOYCE BAEZ RIVERA**  Case No.  11-06377-BKT

Chapter 13   Attorney Name:  MARILYN VALDES ORTEGA*

| I. Appearances | | | |
|---|---|---|---|
| Debtor | [X] Present | [ ] Absent | |
| Joint Debtor | [ ] Present | [ ] Absent | |
| Attorney for Debtor | [X] Present | [ ] Absent | |

[ ] Prose

[X] Substitute    Ada Henriquez Esq

Date & Time:   9/7/2011   1:06:00PM

[X] R    [ ] NR    LV:  25,931

[X] This is debtor(s) 1 Bankruptcy filing.

Creditors:

**II. Oath Administered**
[X] Yes            [ ] No

**III. Plan**

Date:  07/29/2011    Base:   $44,280.00   Payments 1 made out of 1 due.

Confirmation Hearing Date:    10/14/2011  2:30:00PM

Evidence of Pmt shown:

**Attorney's fees as per R. 2016(b)**

$3,000.00  -  $100.00  =  $2,900.00

**IV. Status of Meeting**

[X] Closed        [ ] Not Held        [ ] Held/Continued

[ ] Held/Not Closed

[ ] Continued

Continued Date:

Comments:

[ ] M.T.D. to be filed by Trustee: Debtor(s) failed to:  [ ] Appear: [ ] Commence payments

[ ] Keep payments current [ ] does (do) not qualify as a debtor (§109):

[ ] MTD Already filed, see Docket:

[ ] Other:

STANDING CHAPTER 13 TRUSTEE ALEJANDRO OLIVERAS RIVERA
REPORT OF ACTION TAKEN
MEETING OF CREDITORS

In re:

**JOYCE BAEZ RIVERA**      Case No.   **11-06377-BKT**

Chapter 13      Attorney Name:   **MARILYN VALDES ORTEGA***

(Cont.)

### Trustee's Report on Confirmation

[ ] FAVORABLE

[X] UNFAVORABLE

| | |
|---|---|
| [ ] Feasibility | [ ] No provision for secured creditor(s) |
| [ ] Insufficiently funded | [ ] Treat value of collateral separately |
| [ ] Unfair discrimination | [ ] No provision for insurance |
| [ ] Fails disposable income | [ ] Tax returns missing |
| [X] Fails liquidation value test |    [ ] State - years |
| [X] Insuarence quote |    [ ] Federal - years |

**Pending/Items/ Documents:**

| | |
|---|---|
| [ ] Assumption/Rejection executory contract | [ ] Business Documents |
| |    [ ] Monthly reports for the months |
| [ ] Appraisal | |
| | [ ] Public Liability Insurance |
| [ ] DSO Recipient's Information |    [ ] Premises |
| |    [ ] Vehicle(s): |
| [ ] Evidence of being current with DSO | [ ] Licenses issued by: |
| [X] Evidence of income<br>May 13,2011 and 2nd half of July. | |

### COMMENTS

**Note: State Tax Returns from 07- 09 shown**

1) amend plan to provide for surrender of shares of AEELA

2) Amend SOFA #2 and means test to include child support income. Debtor states that child support income was reduced. Court order was uploaded to the Trustee.

3) Provide insurance quote for vehicle.

4) Plan fails LV test.

<u>s/Pedro R Medina</u>                Date:    09/07/2011

**Trustee/Presiding Officer**                (Rev. 02/11)